UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SULLIVAN, | No.  1:24-cv-00790-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| CDCR, et al., | Doc. 9 |
| Defendants. | |

Plaintiff Ryan Sullivan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 13, 2026, the assigned magistrate judge issued findings and recommendations that recommended dismissal of this action without prejudice for failure to prosecute.  Doc. 9.  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  *Id.*  The findings and recommendations were returned as "Undeliverable, Return to Sender, Unavailable as Addressed" on January 27, 2026.  *See* docket.  No objections have been filed, and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on January 13, 2026, Doc. 9, are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute;

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   February 5, 2026

UNITED STATES DISTRICT JUDGE

2